IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OTIS G. CARR, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION 12-0570-CG-M |
| | ) CRIMINAL NO. 07-00334-CG-M |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Respondent. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** be and hereby is entered in favor of Respondent, the United States of America, and against Petitioner Otis G. Carr.

**DONE and ORDERED** this 17th day of July, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE