## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **OTIS G. CARR,** | ) | |
| *a/k/a Anthony George Brown,* | ) | |
| *Anthony Powell, and Chris Carr* | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 07-00334-CG-N** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

After due and proper consideration of the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made, the Report and Recommendations (Doc. 57) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Criminal Procedure 59(b)(1), and S.D. Ala. GenLR 72(a), and dated March 15, 2019, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the motion for a writ of error *coram nobis* under 28 U.S.C. § 1651(a) (Doc. 54) filed by Defendant Otis G. Carr, also known as Anthony George Brown, Anthony Powell, and Chris Carr (hereinafter, "Carr") is **DENIED**. Further, the Court certifies that any appeal by Carr of this denial would be without merit and therefore not taken in good faith. Thus, he is not entitled proceed *in forma pauperis* on any appeal of this decision.

**DONE** and **ORDERED** this the 12th day of April, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE