IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OTIS G. CARR, *a/k/a Anthony George Brown, Anthony Powell, and Chris Carr* | )<br>)<br>) |
| Movant, | )<br>) |
| vs. | ) CRIMINAL NO. 07-00334-CG-N |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the motion for a writ of error *coram nobis* under 28 U.S.C. § 1651(a) (Doc. 54) is **DENIED**. Further, the Court certifies that any appeal by Carr of this denial would be without merit and therefore not taken in good faith. Thus, he is not entitled proceed *in forma pauperis* on any appeal of this decision. and that a certificate of appealability is **DENIED**.

**DONE** and **ORDERED** this the 12th day of April, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE